IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN ANDERSON,

      Plaintiff,

Case No. 2:13-cv-0867
JUDGE GREGORY L. FROST
Magistrate Judge Elizabeth P. Deavers

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

## ORDER

This action seeks review of a final decision of the Commissioner of Social Security ("Commissioner").  On October 9, 2013, the United States Magistrate Judge ordered Plaintiff to show cause why this case should not be dismissed for want of prosecution.  (ECF No. 4.)  Plaintiff did not respond to show-cause order, despite being advised that failure to comply with the Magistrate Judge's show-cause order would result in dismissal of this case.  This matter is now before the Court on the Magistrate Judge's Report and Recommendation filed on November 4, 2013.  (ECF No. 5.)  The Magistrate Judge recommended that Plaintiff's action be dismissed for want of prosecution under Fed. R. Civ. P. 41(b).

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation (ECF No. 5) and **DISMISSES** this action **WITH PREJUDICE**.

      **IT IS SO ORDERED**.

      /s/ Gregory L. Frost
      GREGORY L. FROST
      UNITED STATES DISTRICT JUDGE